UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   22-142 |
| VERSUS | * | SECTION:   "L" (2) |
| BRIDGET BARTHELEMY | * | |

## PRETRIAL ORDER

**IT IS ORDERED** that a Pretrial Conference will be held in the chambers of Judge Eldon E. Fallon on September 27th, 2022 at 3:30 p.m. C.S.T.

The purpose of the Pretrial Conference is to secure a just and speedy determination of the issues for trial. If the procedure set forth below does not appear calculated to achieve these ends in this case, please arrange a conference with the Judge and opposing counsel immediately to discuss alternative possibilities.

**IT IS FURTHER ORDERED** that the parties comply with the following procedure to prepare for the Pretrial Conference, unless the parties have previously provided the following information either voluntarily or pursuant to an Order by the Court:

**Ten (10) days before the Pretrial Conference:**

1. The Government shall file a list of all witnesses it may use at trial, including will-call and may-call witnesses.
2. The Defendant shall file a list of the will-call witnesses he or she plans to use at trial.
3. If any party plans to use an expert witness, that party shall provide a written report or summary of the expert witness's testimony pursuant to Federal Rules of Criminal Procedure 16(a)(1)(G) and/or 16(b)(1)(C).

1

4. Each party shall file a list of all exhibits that party plans to use at trial.

5. The parties shall jointly file any stipulations that will apply at trial.

New Orleans, Louisiana, this 18th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE